DAVID ROTHMAN, Respondent, *v.* CHARLES D. STRANG, INC., Appellant.

Supreme Court, Appellate Term, First Department, May 25, 1934.

*Esquirol & Esquirol*, for the appellant.

*Michael Gold*, for the respondent.

PER CURIAM. Rule 113 of the Rules of Civil Practice may not be invoked in an action for conversion. Moreover, triable issues of fact are presented by the affidavits.

Order reversed, with ten dollars costs and disbursements, and motion denied.

All concur; present, CALLAHAN, FRANKENTHALER and SHIEN-TAG, JJ.